ANN MARIA PALMER, Appellant, *v.* GUSTAV H. SAFFT, Respondent.

(Submitted October 9, 1890; decided October 28, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made December 5, 1888, which set aside a verdict directed by the court in favor of plaintiff and granted a new trial.

*D. D. McKoon* for appellant.

*Eugene K. Sackett* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed and judgment absolute ordered for defendant on stipulation.

---

DENNIS MAHER, Respondent, *v.* MRS. G. W. WILLSON, Appellant.

(Argued October 10, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 8, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*James Lansing* for appellant.

*Franklin M. Danaher* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.